United States District Court
Southern District of Texas
**ENTERED**
June 21, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **KASSANDRA FLORES,** § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 5:23-CV-00119 |
| § | |
| **ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,** § § § | |
| § | |
| Defendant. § | |

## ORDER

Plaintiff Kassandra Flores ("Plaintiff") and Defendant Allstate Vehicle and Property Insurance Company ("Defendant") filed a Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 10.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The filing is signed by counsel for all parties. (Dkt. 10 at 1-2.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). It notifies the Court that Plaintiff's claims against Defendant in this lawsuit are dismissed with prejudice and that each party is to bear its own costs. (Dkt. 10 at 1.) *See* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this June 21, 2024.

Diana Saldaña
United States District Judge